UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23136-Civ-COOKE/LOUIS

ESTATE OF PHYLLIS M. MALKIN,
*By its Personal Representative, Toni Ellen Guarnero*,

      Plaintiff,

vs.

WELLS FARGO BANK, N.A.,
*as Securities Intermediary*, and BERKSHIRE
HATHAWAY LIFE INSURANCE
COMPANY OF NEBRASKA,

      Defendants.
_____/

## FINAL JUDGMENT

      Pursuant to Federal Rule of Civil Procedure 58 and this Court's previous Orders, *e.g.*, ECF Nos. 199, 204, 213, it is hereby **ORDERED and ADJUDGED** that **FINAL JUDGMENT** is entered in favor of Plaintiff Estate of Phyllis M. Malkin, its Personal Representative having an address of 14 Lockwood Place, Harrison, New York, and against Defendants Wells Fargo Bank, N.A., as Securities Intermediary, having an address of 101 North Phillips Avenue, One Wachovia Center, Sioux Falls, South Dakota 57104, and Berkshire Hathaway Life Insurance Company of Nebraska, having an address of 1314 Douglas Street, Suite 1400, Omaha, Nebraska 68102-1944, jointly and severally, in the principal amount of $4,013,976.47, plus prejudgment interest in the amount of $544,448.74, for a total judgment in the amount of **$4,558,425.21**. Interest on the judgment shall accrue from the date of entry of this Final Judgment at the established rate under 28 U.S.C. § 1961, which is 1.81%, for which let execution issue.

      **DONE and ORDERED** in chambers, at Miami, Florida, this 1st day of November 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lauren Fleischer Louis, U.S. Magistrate Judge*
*Counsel of record*