UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23136-Civ-COOKE/LOUIS

ESTATE OF PHYLLIS M. MALKIN,
*By its Personal Representative, Toni Ellen Guarnero*,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,
*as Securities Intermediary*, and BERKSHIRE
HATHAWAY LIFE INSURANCE
COMPANY OF NEBRASKA,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Defendants' Motion to Approve Bond and to Stay Execution of Judgment and Enforcement Proceedings Pending Conclusion of Appellate Proceedings (the "Motion") (ECF No. 217). The Court having reviewed the Motion and the relevant legal authorities, it is hereby **ORDERED and ADJUDGED** that the Motion is **GRANTED**. The Civil Supersedeas Bond attached to the Motion (ECF No. 217-1) is **APPROVED**. The Final Judgment (ECF No. 216) and any enforcement proceedings in connection therewith are **STAYED** pending the conclusion of appellate proceedings.

**DONE and ORDERED** in chambers, at Miami, Florida, this 20th day of November 2019.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lauren Fleischer Louis, U.S. Magistrate Judge*
*Counsel of record*