**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 17-cv-23136-Cooke/Louis

ESTATE OF PHYLLIS M. MALKIN,
By its Personal Representative,
Toni Ellen Guarnero

        Plaintiff,

v.

WELLS FARGO BANK, N.A.,
as SECURITIES INTERMEDIARY, and
BERKSHIRE HATHAWAY LIFE
INSURANCE COMPANY OF
NEBRASKA,

        Defendants.
_____/

**NOTICE OF APPEAL**

Notice is hereby given that WELLS FARGO BANK, N.A., as SECURITIES INTERMEDIARY, Defendant in the above captioned action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on November 1, 2019 [D.E. 216].

Dated:  November 25, 2019                Respectfully submitted,

*/s/ Samuel O. Patmore*
Jay B. Shapiro (FBN 0776361)
Samuel O. Patmore (FBN 96432)
Albert D. Lichy (FBN 94272)
STEARNS WEAVER MILLER WEISSLER ALHADEFF
& SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
(305) 789-3200 Telephone
(305) 789-3395 Facsimile
E-Mail: jshapiro@stearnsweaver.com
E-Mail: spatmore@stearnsweaver.com
E-Mail: alichy@stearnsweaver.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November 2019, I electronically delivered the foregoing document to all counsel of record via ECF.

By: */s/ Samuel O. Patmore*
Samuel O. Patmore