UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23136-MGC

ESTATE OF PHYLLIS M. MALKIN,
By its Personal Representative,
Toni Ellen Guarnero,

        Plaintiff,

v.

WELLS FARGO BANK, N.A.,
as SECURITIES INTERMEDIARY and
BERKSHIRE HATHAWAY LIFE INSURANCE
COMPANY OF NEBRASKA,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, the Estate of Phyllis M. Malkin, by Its Personal Representative, Toni Ellen Guarnero, and Defendants, Wells Fargo Bank, N.A. and Berkshire Hathaway Life Insurance Company of Nebraska, each by and through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, and of all claims and counterclaims, with prejudice.

Respectfully submitted,

Dated:  July 27, 2022        By:   s/Martha R. Mora
                                             Martha R. Mora, Esq.
                                             Florida Bar No. 648205
                                             Email: mmora@avilalaw.com
                                             Daniel O. Mena, Esq.
                                             Florida Bar No. 059579
                                             dmena@avilalaw.com
                                             **AVILA RODRIGUEZ HERNANDEZ MENA & GARRO LLP**
                                             2525 Ponce de Leon Blvd., PH 1225
                                             Coral Gables, FL 33134
                                             Telephone:  (305) 779-3560
                                             Facsimile:  (305) 779-3561

    Gregory J. Star, Esq. (admitted *pro hac vice*)
    Email: gstar@cozen.com
    Joseph M. Kelleher, Esq. (admitted *pro hac vice*)
    Email: jkelleher@cozen.com
    **COZEN O'CONNOR**
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA  19103

    *Attorneys for Plaintiff Estate of Phyllis M. Malkin*


    /s/ Scott D. Ponce
    Scott D. Ponce (FBN 169528)
    Monica Vila Castro (FBN 0022976)
    Rebecca Canamero (FBN 86424)
    **HOLLAND & KNIGHT LLP**
    701 Brickell Avenue
    Suite 3300
    Miami, FL 33131
    (305) 374-8500 Telephone
    E-Mail: sponce@hklaw.com
    E-Mail: monica.castro@hklaw.com
    E-Mail: Rebecca.canamero@hklaw.com
    *Attorneys for Defendant Berkshire Hathaway*
    *Life Insurance Company of Nebraska*


    /s/ Samuel Patmore
    Jay B. Shapiro (FBN 0776361)
    Samuel O. Patmore (FBN 96432)
    **STEARNS WEAVER MILLER WEISSLER**
    **ALHADEFF & SITTERSON, P.A.**
    150 West Flagler Street, Suite 2200
    Miami, Florida 33130
    (305) 789-3200 Telephone
    (305) 789-3395 Facsimile
    E-Mail: jshapiro@stearnsweaver.com
    E-Mail: spatmore@stearnsweaver.com
    *Attorneys for Defendant Wells Fargo, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, including counsel of record identified below, via transmission of notices of electronic filing generated by CM/ECF:

| | |
|---|---|
| Scott Daniel Ponce, Esq. | Jay S. Shapiro, Esq. |
| Monica Vila, Esq. | Samuel O. Patmore, Esq. |
| Rebecca Jo Canamero, Esq. | Albert D. Lichy, Esq. |
| HOLLAND & KNIGHT LLP | STEARNS WEAVER MILLER WEISSLER |
| 701 Brickell Avenue, Suite 3300 | ALHADEFF & SITTERSON, P.A. |
| Miami, FL 33131 | 150 W. Flagler Street, Suite 2200 |
| *Attorneys for Defendant Berkshire Hathaway Life Insurance Company of Nebraska* | Miami, FL 33130 |
| | *Attorneys for Defendant Wells Fargo Bank, N.A., as Securities Intermediary* |

By: /s Martha R. Mora
    Martha R. Mora, Esq.